UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS M. THOMPSON, | ) | |
| | ) | |
| Movant, | ) | No. 3:09-0164 |
| | ) | (Criminal Case No. 3:05-000140) |
| v. | ) | JUDGE ECHOLS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith,

(1) Thomas M. Thompson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is hereby DENIED;

(2) Thomas M. Thompson's motion for an evidentiary hearing (Docket Entry No. 18) is hereby DENIED;

(3) This case is hereby DISMISSED WITH PREJUDICE;

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a); and

(5) Because Movant cannot demonstrate that jurists of reason would find it debatable whether the Court is correct in its rulings, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE